# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1352. WOOD v. THE STATE.

The notice of appeal and amended notice of appeal in this case specified that the clerk should "transmit the record in its entirety including the court reporter's transcript of any and all trial or motions hearings." Notwithstanding, the appellate record received by this Court is incomplete. Notably, the following items are not included: Defendant's Exhibit Number 1 from the June 23, 2016 Motion for New Trial hearing (purportedly a video recording); and State's Exhibit 1 from the jury trial (purportedly an audio recording). See Court of Appeals Rule 18 (b). We note that it is the burden of the appealing party to ensure that a complete record is transmitted to this Court on appeal. Id.

A complete appellate record is necessary for determination of the issues on appeal. Accordingly, it is hereby ordered that this matter be **REMANDED** to the trial court with direction to prepare a complete appellate record with all items entered into evidence at trial and during hearings, including recordings. It is further ordered that the trial court shall then re-transmit this matter to the Court of Appeals for re-docketing

and disposition of the appeal. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/09/2017*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*